THE PEOPLE OF THE STATE OF NEW YORK ex rel. DISCOUNT CORPORATION OF NEW YORK, Relator, v. THOMAS M. LYNCH and Others, as Tax Commissioners of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.  McNamee, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HYDROCARBON PRODUCTS COMPANY, INC., Appellant, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of *People ex rel. Jaeckel & Sons, Inc.*, v. *Gilchrist* (209 App. Div. 120); *People ex rel. Hazard, Inc.*, v. *Gilchrist* (220 id. 362); *Matter of Lorimer, Greenbaum Co., Inc.*, v. *Gilchrist* (212 id. 733); *People ex rel. Barcalo Mfg. Co.* v. *Knapp* (227 N. Y. 64, 71); *People ex rel. Kohlman & Co.* v. *Law* (239 id. 346, 348).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WEDGEWOOD REALTY COMPANY, INC., Relator, v. THOMAS M. LYNCH and Others, Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.  McNamee, J., not voting.

KATHRYN MILLER, Appellant, v. JOSEPH MICHALSKI and Another, Respondents. GEORGE D. MILLER, Appellant, v. JOSEPH MICHALSKI and Another, Respondents.— Judgments and orders unanimously affirmed, with costs in one action. McNamee, J., not voting.

MYRTLE K. BIRNEY, Appellant, v. BASCOM H. BIRNEY, Defendant, and MARION BIRNEY, Respondent.— Judgment unanimously affirmed, with costs.  McNamee, J., not voting.

ZADA M. LAVENDER, as Administratrix, etc., of WILLIAM LAVENDER, Deceased, Respondent, v. NETTIE LAVENDER, by EGBERT T. CROSS, Guardian ad Litem, Appellant.  ZADA M. LAVENDER, Respondent, v. NETTIE LAVENDER, by EGBERT T. CROSS, Guardian ad Litem, Appellant.  JOHN CHARLES LAVENDER, an Infant, by ZADA M. LAVENDER, His Guardian ad Litem, Respondent, v. NETTIE LAVENDER, by EGBERT T. CROSS, Guardian ad Litem, Appellant.  WILLIAM S. LAVENDER, an Infant, by ZADA M. LAVENDER, His Guardian ad Litem, Respondent, v. NETTIE LAVENDER, by EGBERT T. CROSS, Guardian ad Litem, Appellant.— Judgment and orders affirmed, with costs in one action.  All concur, except Rhodes, J., who dissents and votes to reverse and for a new trial as to case of Zada M. Lavender as administratrix against defendants on the grounds that the verdicts are inconsistent with each other.  McNamee, J., not voting.

MARTHA E. WALLIS, as Administratrix, etc., of OWEN R. WALLIS, Deceased, Respondent, v. NORTH AMERICAN CEMENT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs.  McNamee, J., not voting.

ELVIE J. SMITH, Appellant, v. THE CITY OF ALBANY, Respondent.*— Judgment unanimous'y affirmed, with costs.  McNamee, J., not voting.